**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCTAVIA S. NASH | : CIVIL ACTION NO.: 21-cv- 12478 (CPO) (SAK) |
| Plaintiff | : |
| vs. | : Magistrate Judge Sharon A. King |
| | : |
| ROWAN UNIVERSITY | : |
| DR. GUSTAVO MOURA-LETTS | : |
| Defendants | : |
| | : |

## STIPULATION OF DISMISSAL

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, Plaintiff OCTAVIA NASH and Defendants ROWAN UNIVERSITY AND DR. GUSTAVO MOURA-LETTS, by and through their attorneys of record, hereby stipulate and agree that the same be and is hereby dismissed as to all claims, without costs against either party, with prejudice.

**IT IS SO STIPULATED**.

_/s/ Olugbenga O. Abiona_  
Olugbenga O. Abiona, Esquire  
ABIONA LAW PLLC  
121 South Broad Street, Suite 1200  
Philadelphia, PA 19107  

_/s/ William Kennedy_  
William Kennedy, Esquire  
Erin K. Clarke, Esquire  
Montgomery McCracken Walker & Rhoads LLP  
1735 Market Street  
Philadelphia, PA 19103-7505  

Dated: September 21, 2022